UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARC ARENS,                                      CIVIL NO. 13-3009 (DSD/JSM)

        Petitioner,

v.                                                                 <u>ORDER</u>

STATE OF MINNESOTA and
Warden STEVEN HAMMER,

        Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 18, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. Petitioner's application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Docket No. 2), is **DENIED**;

3. This action is **DISMISSED WITHOUT PREJUDICE**; and

4. Petitioner is **NOT** be granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 3, 2013

                                                              s/David S. Doty
                                                              DAVID S. DOTY, Judge
                                                              United States District Court